IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK HYMAN | : |
|     Plaintiff, | : |
| | : Civil Action |
| v. | : |
| | : 10-499 |
| COMMISSIONER LOUIS GIORLA, et. al. | : |
| | : |
|     Defendants. | : |

## ORDER

**AND NOW**, this 5th day of March 2014, upon consideration of defendants' motion for summary judgment (doc. no. 53) and plaintiff's response (doc. no. 54) thereto, **IT IS HEREBY ORDERED**:

1. Defendants' motion for summary judgment is **GRANTED** as to **COUNT II** of plaintiff's complaint;

2. Defendants' claims against the individual defendants in their official capacities are **DISMISSED;**

3. Defendants' motion is otherwise **DENIED**;

4. Count I of plaintiff's complaint shall proceed to trial against the City of Philadelphia and the individual defendants in their individual capacities.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.